# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 22-1233** | **September Term, 2023** |
| | FERC-CP15-115-007 |
| | FERC-CP15-115-006 |
| | **Filed On: September 6, 2023** [2015560] |

Sierra Club,

        Petitioner

   v.

Federal Energy Regulatory Commission,

        Respondent

------------------------------

Empire Pipeline, Inc. and National Fuel Gas
Supply Corporation,
        Intervenors

## O R D E R

    It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for September 18, 2023, at 9:30 A.M.:

| | | |
|---|---|---|
| Petitioner | - | 10 Minutes |
| Respondent | - | 10 Minutes |

    One counsel per side to argue.  The panel considering this case will consist of Circuit Judges Henderson and Pan, and Senior Circuit Judge Rogers.

    Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by September 8, 2023.

### Per Curiam

                               **FOR THE COURT:**
                               Mark J. Langer, Clerk

                BY:    /s/
                               Michael C. McGrail
                               Deputy Clerk

The following forms and notices are available on the Court's [website:](#)

    [Notification to the Court from Attorney Intending to Present Argument (Form 72)](#)