# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 22-1233**                                                       **September Term, 2023**

FERC-CP15-115-007
FERC-CP15-115-006

**Filed On: September 15, 2023** [2017032]

Sierra Club,

       Petitioner

    v.

Federal Energy Regulatory Commission,

       Respondent

------------------------------

Empire Pipeline, Inc. and National Fuel Gas
Supply Corporation,
       Intervenors

## **O R D E R**

Upon consideration of respondent-intervenors' unopposed motion to divide oral argument time, it is

**ORDERED** that the motion be granted. The following revised allocation of oral argument time will now apply:

| | | |
|---|---|---|
| Petitioner | - | 10 Minutes |
| Respondent | - | 7 Minutes |
| Respondent-Intervenors | - | 3 Minutes |

### **Per Curiam**

                                                     **FOR THE COURT:**
                                                   Mark J. Langer, Clerk

                                 BY:    /s/
                                                    Michael C. McGrail
                                                    Deputy Clerk