# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-1233**  September Term, 2023

FERC-CP15-115-007
FERC-CP15-115-006

Filed On: September 18, 2023 [2017413]

Sierra Club,

     Petitioner

   v.

Federal Energy Regulatory Commission,

     Respondent

------------------------------

Empire Pipeline, Inc. and National Fuel Gas Supply Corporation,

     Intervenors

    **BEFORE:**   Circuit Judges Henderson and Pan, and Senior Circuit Judge Rogers

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Monday, September 18, 2023 at 9:30 a.m. The cause was heard as case No. 2 of 3 and argued before the Court by:

   Nathan Matthews, counsel for Petitioner.

   Susanna Y. Chu (FERC), counsel for Respondent.

   Eamon P. Joyce, counsel for Respondent-Intervenors.

                            **FOR THE COURT:**
                            Mark J. Langer, Clerk

               BY:   /s/
                        Anne A. Rothenberger
                        Deputy Clerk